UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:06CV-566-EHJ

WILLIAM C. JACKSON                                                                                    PLAINTIFF

VS.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                DEFENDANT

## ORDER AND JUDGMENT OF AFFIRMANCE

This matter having come before the Court on plaintiff's request for review of the decision of the defendant Commissioner, and the Court having entered its memorandum opinion and being advised,

IT IS ORDERED AND ADJUDGED that the decision of the defendant Commissioner is affirmed.

This is a final and appealable order.